**No. 53540.**—The A. W. Fenton Co. et al. *v.* United States, protests 138241–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53541.**—Adolph Goldmark & Sons Corp. *v.* United States, protests 53285–K and 56160–K (Boston).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53542.**—H. C. Cohn & Co. et al. *v.* United States, protests 54885–K, etc. (Rochester).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

SEPTEMBER 9, 1949

**No. 53543.**—SUIT 4601.—United States *v.* Dixie Supply Co.— affirmed June 28, 1949. C. A. D. 412.

BEFORE THE FIRST DIVISION, SEPTEMBER 14, 1949

**No. 53544.**—Paul Steketee & Sons *v.* United States, petition 6559–R (Detroit).

Opinion by OLIVER, C. J. The petition was dismissed.